```
          IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
              MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


DOSSIE MAE STRICKLAND,         )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      3:14cv176-MHT
                               )          (WO)
TENDA CHICK, INC., a           )
Domestic Corporation, and      )
AUBURN CENTER ASSOCIATES,      )
LTD., A Foreign Limited        )
Partnership,                   )
                               )
     Defendants.               )
```

**JUDGMENT**

By order entered on August 6, 2014 (doc. no. 24), this court informed the parties that if, by September 9, 2014, there were no substitution for the plaintiff, who is now deceased, the court would dismiss this case. Because there has been no substitution, it is the **ORDER, JUDGMENT,** and **DECREE** of the court that this case is dismissed in its entirety without prejudice and with all parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 20th day of November, 2014.**

                                            /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**